UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZURICH AMERICAN INSURANCE COMPANY,

                Plaintiff,

        v.

INDIAN HARBOR INSURANCE COMPANY,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-28-20

19-CV-6885 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      This action was referred for mediation to the Court-annexed Mediation Program on January 16, 2020. According to the docket and the parties' March 6, 2020 letter, a mediation session was scheduled for April 16, 2020. On March 9, 2020, the Court ordered the parties to submit a joint letter within one week of the mediation, updating the Court as to the status of the case. The Court, however, has not received a status update. Accordingly, no later than May 6, 2020, the parties shall jointly file a letter updating the Court as to the status of this case, including the status of mediation.

SO ORDERED.

Dated:    April 28, 2020
           New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge