| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 6-10-20 |

ZURICH AMERICAN INSURANCE COMPANY,

               Plaintiff,

        v.

INDIAN HARBOR INSURANCE COMPANY,

               Defendant.

19-CV-6885 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 crisis, the Court will not hold the upcoming conference in this case in person. Counsel should still submit their joint letter by June 12, 2020, as directed in the Case Management Plan and Scheduling Order. *See* Dkt. 35. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If not, the Court will hold the post-discovery conference by telephone. In any event, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-ronnie-abrams.

SO ORDERED.

Dated:    June 10, 2020
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge